# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>GERALD LESLIE TATE,<br><br>　　　　　　　　Defendant. | Case No. 2:14-cr-00384-APG-CWH<br><br>**ORDER GRANTING MOTIONS FOR EXTENSION OF TIME TO FILE A 2255 MOTION**<br><br>(ECF Nos. 45, 46) |

Defendant Gerald Leslie Tate has filed two motions to extend the deadline by which he must file his motion for relief under 28 U.S.C. § 2255. ECF Nos. 45, 46. The Government opposes, arguing that I should wait to consider the request until Tate files his 2255 motion, at which time I will be better able to determine whether Tate should be granted additional time. ECF No. 47. Tate's motions, liberally construed, make out a facially valid justification for additional time. In this circumstance, the most efficient way to proceed is a hybrid of what each party requests. I will grant Tate additional time to file his 2255 motion. However, this does not mean that the 2255 motion will be deemed timely. In his 2255 motion, Tate should explain in more detail why he could not file it by the original deadline. I then will consider the timeliness of his 2255 motion and whether he is entitled to equitable tolling or some other form of extension of time. The Government is entitled, if necessary, to argue that the 2255 motion is untimely.

IT IS HEREBY ORDERED that Tate's motions to extend time **(ECF Nos. 45, 46) are GRANTED.** Tate shall file his 2255 motion by June 29, 2018. This order is without prejudice to the Government's ability to argue, and to my ability to later order, that the 2255 motion is untimely.

Dated: May 10, 2018.

　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE