# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>v.<br><br>GERALD LESLIE TATE,<br><br>　　Defendant | Case No.: 2:14-cr-00384-APG-CWH<br><br>**Order Directing Government to Respond** |

　　Defendant Gerald Leslie Tate has filed a motion under 28 U.S.C. § 2255 seeking to set aside his sentence and to calculate and impose a new sentence. ECF Nos. 49, 51. The United States shall file a response to the motion, if it has any, no later than July 31, 2018. Defendant may file a reply in support of the motion within 30 days after the Government files its response.

　　DATED this 25th day of June, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE