# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Gerald Leslie Tate

              Petitioner,

v.

United States of America

              Respondent.

JUDGMENT IN A CIVIL CASE

Civil Case Number: 2:18-cv-01113-APG

Criminal Case Number: 2:14-cr-00384-APG-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Petitioner's Motion under 28 U.S.C. 2255 to vacate, set aside, or correct his sentence is DENIED. IT IS FURTHER ORDERED that Petitioner is Denied a certificate of appealability.

3/6/2019
Date

DEBRA K. KEMPI
Clerk

/s/ S. Denson
Deputy Clerk