# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States of America, | Case No. 2:14-cr-0384-APG |
| Plaintiff, | |
| v. | **ORDER** |
| Gerald Leslie Tate, | (ECF No. 61) |
| Defendant. | |

Defendant Gerald Leslie Tate filed a second motion to vacate his sentence. ECF No. 61. The Government shall file its response to the motion by January 6, 2020.

Dated: December 19, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE