# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00384-APG-CWH |
| Plaintiff | **Order for Status Report** |
| v. | |
| GERALD LESLIE TATE, | |
| Defendant | |

I ORDER the parties to file a joint status report regarding defendant Gerald Tate's second motion to vacate under 28 U.S.C. § 2255 (ECF No. 61) by April 16, 2021.

DATED this 26th day of March, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE