# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00384-APG-CWH |
| Plaintiff | **Order Denying Second Motion to Vacate** |
| v. | [ECF No. 61] |
| GERALD LESLIE TATE, | |
| Defendant | |

In light of the parties' status report (ECF No. 87),

I ORDER that defendant Gerald Tate's second motion to vacate under 28 U.S.C. § 2255 **(ECF No. 61) is DENIED**.

DATED this 16th day of April, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE