ENTERED
CLERK, U.S. DISTRICT COURT
1/12/2026
CENTRAL DISTRICT OF CALIFORNIA
BY:        RYO        DEPUTY

PROB 22
(Rev. 01/24)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
2:14-cr-00384-APG-CWH-1

DOCKET NUMBER *(Rec. Court)*
2:26-cr-00008-HDV

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Gerald Leslie Tate | Nevada | U.S. Probation Office |

FILED ENTERED RECEIVED SERVED
COUNSEL/PARTIES OF RECORD
JAN 20 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: AX DEPUTY

NAME OF SENTENCING JUDGE
Andrew P. Gordon

DATES OF PROBATION/ SUPERVISED RELEASE
FROM 10/20/2025
TO 10/19/2028

OFFENSE
Felon in Possession of a Firearm

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Gerald Tate is being supervised in the Central District of California and intends on remaining there for the duration of supervision.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____Nevada_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Central District of California  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_12/22/25_
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Central_____ DISTRICT OF _____California_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_January 12, 2026_
*Effective Date*

_____
United States District Judge



**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

January 13, 2026

Clerk, United States District Court

_____ District of _Nevada_____

Lloyd D. George United States Courthouse

333 Las Vegas Boulevard South, 1st Floor

Las Vegas, NV 89101-7065

Re:    Transfer of Jurisdiction of Probation

Your Case No. _____ 2: 14-cr-00384-APG-CWH-1_____

Assigned Our Case No. ___2:26-cr-00008-HDV_____

Case Title:    USA v Gerald Leslie Tate

> ☑ FILED
> ☐ ENTERED
> ____ SERVED ON
> COUNSEL/PARTIES OF RECORD
>
> JAN 20 2026
>
> CLERK US DISTRICT COURT
> DISTRICT OF NEVADA
> BY: _____ DEPUTY

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge __Dolly M. Gee_____.

Please forward to this district copies of the following documents:
1)    Indictment, Information, or Complaint
2)    Judgment and Probationary Order
3)    If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/ or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____ .

Sincerely,

Clerk, U.S. District Court

By ___lori_muraoka@cacd.uscourts.gov____
Deputy Clerk

cc:    Probation Office, Central District of California
Probation Office, District of Origin

CR-25 (06/24)    TRANSMITTAL LETTER - PROBATION TRANSFER IN

CLERK, UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LLOYD D. GEORGE UNITED STATES COURTHOUSE

333 LAS VEGAS BOULEVARD SOUTH, 1ST FLOOR

LAS VEGAS, NV 89101-7065



**United States District Court**
Central District of California
**Office of the Clerk**

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565



**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

January 13, 2026

Clerk, United States District Court

_____ District of  Nevada_____

Lloyd D. George United States Courthouse

333 Las Vegas Boulevard South, 1st Floor

Las Vegas, NV 89101-7065

Re:      Transfer of Jurisdiction of Probation

Your Case No. _____ 2: l4-cr-00384-APG-CWH-l _____

Assigned Our Case No. ___ 2:26-cr-00008-HDV _____

Case Title: _____ USA v Gerald Leslie Tate _____

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge__Dolly M. Gee_____.

Please forward to this district copies of the following documents:
1)      Indictment, Information, or Complaint
2)      Judgment and Probationary Order
3)      If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above.  Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____ .

Sincerely,

Clerk, U.S. District Court

By ___lori_muraoka@cacd.uscourts.gov____
Deputy Clerk

cc:      Probation Office, Central District of California
Probation Office, District of Origin

CR-25 (06/24)                    TRANSMITTAL LETTER - PROBATION TRANSFER IN



**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565



**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

January 13, 2026

Clerk, United States District Court

_____ District of __Nevada__

Lloyd D. George United States Courthouse

333 Las Vegas Boulevard South, 1st Floor

Las Vegas, NV 89101-7065

Re:    Transfer of Jurisdiction of Probation

Your Case No. _____ 2: l4-cr-00384-APG-CWH-l _____

Assigned Our Case No. __2:26-cr-00008-HDV_____

Case Title: _____ USA v Gerald Leslie Tate _____

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge __Dolly M. Gee_____.

Please forward to this district copies of the following documents:
1)    Indictment, Information, or Complaint
2)    Judgment and Probationary Order
3)    If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above.  Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____ .

Sincerely,

Clerk, U.S. District Court

By ___lori_muraoka@cacd.uscourts.gov_____
Deputy Clerk

cc:    Probation Office, Central District of California
Probation Office, District of Origin

CR-25 (06/24)        **TRANSMITTAL LETTER - PROBATION TRANSFER IN**

| | ENTERED<br>CLERK, U.S. DISTRICT COURT<br>1/12/2026 | |
|---|---|---|

PROB 22
(Rev. 01/24)

**TRANSFER OF JURISDICTION**

| CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ RYO _____ DEPUTY | DOCKET NUMBER *(Tran. Court)*<br>2:14-cr-00384-APG-CWH-1 |
|---|---|
| | DOCKET NUMBER *(Rec. Court)*<br>2:26-cr-00008-HDV |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Gerald Leslie Tate | Nevada | U.S. Probation Office |

COPY

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Andrew P. Gordon |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 10/20/2025 | 10/19/2028 |

OFFENSE
Felon in Possession of a Firearm

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Gerald Tate is being supervised in the Central District of California and intends on remaining there for the duration of supervision.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Nevada _____

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Central District of California  upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/22/25
   Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Central _____ DISTRICT OF _____ California _____

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 12, 2026
 *Effective Date*

_____
United States District Judge

1